IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JANICE RUBBO, | |
|---|---|
| *Plaintiff*, | CIVIL ACTION |
| v. | NO. 16-4903 |
| PEOPLESCOUT, INC., *et al.*, | |
| *Defendants*. | |

## **ORDER**

**AND NOW**, this 11th day of May, 2017, upon consideration of the parties' joint motion for approval of settlement (ECF No. 25), and after holding a hearing, (ECF No. 27), it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** consistent with the accompanying Memorandum.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.